UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
                                               :

IMANUEL ARMANDO TENEZACA PUCHA, on :
behalf of himself and all other similarly situated, :
                                               :

                     Plaintiffs,      :              25-CV-10322 (VEC)

                                             :

                  -against-        :              <u>ORDER</u>

                                             :

KENNETH GENALO et al.,                :

                                           :

                  Defendant.      :

                                           :

------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on December 12, 2025, this case was filed in the United States District Court for the Southern District of New York with an Emergency Motion for a Temporary Restraining Order, Dkt. 3;

      WHEREAS Petitioner Manuel Armando Tenezaca Pucha alleges that he is being detained in an ICE holding facility at 100 Federal Plaza, Central Islip, New York, *see* Emergency Motion ¶ 2; and

      WHEREAS the facility where Petitioner alleges he is detained is located in the Eastern District of New York, not the Southern District of New York.

      IT IS HEREBY ORDERED that this case is TRANSFERRED to the United States District Court for the Eastern District of New York.  The seven-day waiting period for transfer set forth in Local Civil Rule 83.1 is WAIVED; the Clerk of the Court is respectfully directed to effectuate the transfer immediately.

**SO ORDERED.**

**Date:  December 12, 2025**
**New York, New York**

_____
**VALERIE CAPRONI**
**United States District Judge**